UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 4

| | |
|---|---|
| BWI INTERNATIONAL, LLC.,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES;<br>OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER,<br><br>        Defendants. | **Summons**<br>Court No. 20-00935 |

To:    The Above-Named Defendants:

      You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                                        */s/Mario Toscano*
                                                       Clerk of the Court


Ned H. Marshak

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
599 Lexington Ave., FL 36
New York, NY 10022
212-557-4000


   /s/ Ned H. Marshak
Signature of Plaintiff's Attorney
Dated:  September 18, 2020